## ALEXANDER B. CRAWFORD vs. RICHARD WRIGHT.

Upon a distress for rent, and replevin, the value of the rent *in kind* may be found by the jury; and it is not necessary to have appraisers.
*Digest* 362; *Code* 424, § 2360, refers to a distress and sale without replevin.

THIS was an action of replevin for a carriage, &c. The pleas were non cepit, and cognizance as bailiff of James Martin, for a half year's rent in arrear from plaintiff to said Martin. Replication, no rent in arrear; non dimisit; non tenuit.

The plaintiff proved the taking of a carriage; and closed. The defendant proved that the premises were rented as a stable, for the manure as the rent; and proceeded to prove the value of the manure.

*Mr. Gray* objected to any other proof of the value of the manure, than that furnished by the appraisers under section 2 of the act of 1829, (*Digest* 361.)

But the court overruled the objection; considering that provision as applicable only to a mode of ascertaining the rent upon a sale of the distress, without replevin.

The jury are to ascertain the amount of the rent, or value, when the rent is in kind.

Verdict for defendant.

*Platt* and *Gray*, for plaintiff.
*Bayard, jr.,* for defendant.